**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COM. EX REL. GREGORY STOVER, | : | No. 64 EM 2017 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| PRESIDENT JUDGE SHEILA WOODS-SKIPPER, COURT OF COMMON PLEAS, PHILADELPHIA COUNTY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of July, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**. The Prothonotary is **DIRECTED** to strike the name of the jurist from the caption.